PJM:USAO#2013R00143

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. RDB-13-0639 |
| v. | : | |
| | : | UNDER SEAL |
| JORGE ALAN HEREVIA, | : | |
| | : | (Conspiracy to Distribute and Possess |
| BRUCE DWAYNE WINSTON, | : | with Intent to Distribute Cocaine, 21 |
| | : | U.S.C. § 846; Possession with Intent to |
| and | : | Distribute Cocaine, 21 U.S.C. § 841(a); |
| | : | Aiding and Abetting, 18 U.S.C. § 2) |
| JOE HOWARD PAYNE, | : | |
| | : | |
| Defendants. | : | |

.oOo.

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about May 2013 up to and including November 12, 2013, in the District of Maryland, the defendants,

**JORGE ALAN HEREVIA,**

**BRUCE DEWAYNE WINSTON,**

and

**JOE HOWARD PAYNE,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute five kilograms or more of a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about June 3, 2013, in the District of Maryland,

### JORGE ALAN HEREVIA,

### BRUCE DEWAYNE WINSTON,

**and**

### JOE HOWARD PAYNE,

defendants herein, did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## **FORFEITURE**

The Grand Jury further finds that:

1. Upon conviction of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendants shall forfeit to the United States of America any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of, and any property used, or intended to be used, in any manner or part to commit or facilitate the commission of such violation.

2. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property.

21 U.S.C. § 853; 28 U.S.C. § 2461(c).

_____
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date: 11/14/13